# United States District Court
---------------------------------- DISTRICT OF SOUTH DAKOTA ----------------------
SOUTHERN DIVISION

**FILED**

MAR 11 2011


CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 11-40015-02 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| AMANDA JO GANNON, | |
| Defendant. | |

    This matter came before the court for hearing on the Indictment in the above matter on Friday, March 11, 2011. The defendant, Amanda Jo Gannon, appeared in person and by her counsel, Eric DeNure. The United States appeared by Assistant United States Attorney, Jeff Clapper.

    It appears that Defendant is currently in the custody of the State of South Dakota. Defendant appeared to answer these federal charges pursuant to a writ of habeas corpus ad prosequendum. In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude, however, that the detention issue is, for all practical purposes, moot because the defendant is currently in the custody of the State of South Dakota. The Marshal shall return the Defendant to the custody of the State of South Dakota pending further proceedings in this matter. If Defendant is released by the state before these federal proceedings are concluded, Defendant shall immediately be returned to this Court for further proceedings to determine whether he should be detained or released pending final resolution of the federal charges.

Dated: __Mar 11__, 2011

_____
John E. Simko, United States Magistrate Judge